WILLIAM A. COLWELL, Appellant, *v.* ADELPHI COLLEGE, a Corporation, Respondent.

Argued April 14, 1942; decided April 30, 1942.

*Morris Rosoff* and *Harold E. Lack* for appellant.

*Henry A. Ingraham, Abram I. Elkus* and *Martin J. Coughlin* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.